UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOC.,<br><br>Plaintiff,<br><br>v.<br><br>CLOUDFLARE, INC.,<br><br>Defendant. | Case Number:<br><br>**DECLARATION OF MICHAEL G. LEWIS**<br><br>**IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, MICHAEL G. LEWIS, the undersigned, declare that:

1. I am Chief Counsel, IP Protection and Security for the Entertainment Software Association ("ESA").

2. ESA is a U.S. trade association that represents the interests of the leading publishers of interactive games for video game consoles, personal computers, handheld devices, and the Internet ("ESA Member Companies"). ESA Member Companies are the owners of intellectual property, including copyright, patent, and trademark rights, associated with their entertainment software products. ESA is authorized to represent its member companies in enforcement actions against third parties that infringe or contribute to the infringement of ESA Members Companies' intellectual property rights.

3. ESA is requesting enforcement of the attached proposed subpoena that would order Cloudflare, Inc. to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the following websites:

    Jogostorrents.sitè
    Torrentsjogos.com

4. The unauthorized materials posted to the website are covered and protected by ESA Member Companies' copyrights.

5. This subpoena is sought to obtain the identities of the individuals assigned to the websites that have, without authorization, reproduced and offered for distribution, copyrighted materials owned by ESA Member Companies. This information sought will only be used for the purposes of protecting the rights granted to ESA Member Companies, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, D.C., on October 28, 2020.


Michael G. Lewis